JS-6/ENTER

**FILED**
CLERK, U.S. DISTRICT COURT
August 7, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RIOS ALVAREZ, JR.,<br><br>    Petitioner,<br>  v.<br><br>CONNIE GIBSON, Warden,<br><br>    Respondent. | Case No. CV 12-4226-DMG ~~(OP)~~ (DFM)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: August 6, 2014

/s/ Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/
HONORABLE OSWALD PARADA
United States Magistrate Judge

**ENTERED**
CLERK, U.S. DISTRICT COURT
August 7, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY